

Bronson Law Offices PC  
480 Mamaroneck Ave.  
Harrison, NY 10528  
Phone: 877-385-7793

Invoice submitted to:

Cristian Aldana
2 Alexander Place
Yonkers, NY 10704

| | |
|---|---|
| Invoice # | **20091** |
| Invoice Date | **06/18/2015** |
| For Services Through | **06/18/2015** |

| Date | By | Service Summary | Hours/Rate | Amount |
|---|---|---|---|---|
| | | **In Reference To: Loan Modification (Service)** | | |
| 08/12/2013 | CO | *Review*<br>Reviewed Creditors Loss Mitigation Affidavit | 0.10 at $ 90.00/hr | $ 9.00 |
| 08/19/2013 | CN | *04.1 Case Administration-Loss Mitigation*<br>Prepare and submit loss mitigation order | 0.30 at $ 250.00/hr | $ 75.00 |
| 09/21/2013 | HBB | *Draft*<br>Prepared RMA and financial information for loan modification package for lender. | 2.75 at $ 350.00/hr | $ 962.50 |
| 09/24/2013 | CO | *Loss Mitigation*<br>Received and reviewed docs from Debtor for loss mitigation; requested missing bank statements and signatures of some forms | 0.50 at $ 90.00/hr | $ 45.00 |
| 10/01/2013 | CO | *Loss Mitigation*<br>printed, organized, and prepared documents for submission and submitted to Mortgage Company (IndyMac) via Fax | 1.00 at $ 90.00/hr | $ 90.00 |
| 10/20/2013 | CO | *Loss Mitigation*<br>scanned and emailed previously submitted loan modification application to email address indicated on creditor affidavit. | 0.25 at $ 90.00/hr | $ 22.50 |
| 10/22/2013 | CO | *Loss Mitigation*<br>reviewed status letter filed by banks attorneys Stein Weiner and Roth stating that loan was transferred from IndyMac to Ocwen and a new creditor affidavit would be filed; reviewed newly filed creditor affidavit | 0.30 at $ 90.00/hr | $ 27.00 |
| 10/23/2013 | HBB | *Hearing*<br>appeared at hearing for loss mitigation | 1.00 at $ 350.00/hr | $ 350.00 |
| 10/23/2013 | CO | *Loss Mitigation*<br>Forwarded Documents that were previously submitted to IndyMac to attorneys for Ocwen (new servicer) | 0.20 at $ 90.00/hr | $ 18.00 |
| 11/11/2013 | CO | *Loss Mitigation*<br>Received letter from Debtor from Ocwen requesting updated financial package; requested information from Debtor | 0.40 at $ 90.00/hr | $ 36.00 |
| 11/15/2013 | CO | *Loss Mitigation*<br>Received requested documents from Debtor; prepared documents for new submission to Ocwen; faxed documents to Ocwen | 0.95 at $ 90.00/hr | $ 85.50 |
| 01/21/2014 | CO | *Loss Mitigation*<br>Received request for additional documents/ informaton from Ocwen via letter; requested same from Debtor | 0.40 at $ 90.00/hr | $ 36.00 |

**Bronson Law Offices PC**
**480 Mamaroneck Ave.**
**Harrison, NY 10528**
**Phone: 877-385-7793**

Invoice submitted to:

Cristian Aldana
2 Alexander Place
Yonkers, NY 10704

| | |
|---|---|
| Invoice # | **20091** |
| Invoice Date | **06/18/2015** |
| For Services Through | **06/18/2015** |

| Date | Code | Description | Time/Rate | Amount |
|---|---|---|---|---|
| 02/07/2014 | CO | *Loss Mitigation*<br>Received additional documents from Debtor; reviewed and prepped docs for submission to Ocwen; submitted docs to Ocwen via fax | 0.60 at $ 90.00/hr | $ 54.00 |
| 02/17/2014 | CO | *Loss Mitigation*<br>Email to Stein Weiner and Roth requesting update on case | 0.10 at $ 90.00/hr | $ 9.00 |
| 02/18/2014 | CN | *04.1 Case Administration-Loss Mitigation*<br>Revise and file status letter | 0.20 at $ 250.00/hr | $ 50.00 |
| 02/18/2014 | CO | *Loss Mitigation*<br>Received email from P. Datta (attorney @ Stein Weiner and Roth) stating that the case was transferred to Leopold and Assocaites | 0.07 at $ 90.00/hr | $ 6.30 |
| 02/18/2014 | CO | *Loss Mitigation*<br>Drafted Status letter for filing with court prior to hearing | 0.45 at $ 90.00/hr | $ 40.50 |
| 02/18/2014 | CO | *Loss Mitigation*<br>Provided new attorneys (Leopold and Associates) with all previously submitted documents | 0.60 at $ 90.00/hr | $ 54.00 |
| 02/19/2014 | CO | *Loss Mitigation*<br>Requested Work verification from Debtor (Debtor to obtain verification from employer) as requested at the loss mitigation status conference on 2.19.14 | 0.19 at $ 90.00/hr | $ 17.10 |
| 02/20/2014 | CN | *04.1 Case Administration-Loss Mitigation*<br>Prepare and file loss mitigation adjournment order | 0.20 at $ 250.00/hr | $ 50.00 |
| 02/20/2014 | CO | *Loss Mitigation*<br>Received Work verification letter from Debtor; reviewed, and provided to attorneys for Ocwen | 0.25 at $ 90.00/hr | $ 22.50 |
| 03/12/2014 | HBB | *Hearing*<br>Appeared at hearing for loss mitigation | 1.00 at $ 350.00/hr | $ 350.00 |
| 04/18/2014 | CO | *Loss Mitigation*<br>Reviewed Status Letter filed by Leopold and Associates requesting Profit and Loss Statement, and updated Employment verification letter to include employment start date; requested same by Debtor; Drafted profit and loss statement for Debtor, sent to Debtor for review and signiture | 0.80 at $ 90.00/hr | $ 72.00 |
| 04/22/2014 | CO | *Loss Mitigation*<br>Received signed profit and loss from Debtor, reviewed and forwarded to Leopold and Associates | 0.20 at $ 90.00/hr | $ 18.00 |
| 04/24/2014 | CO | *Loss Mitigation*<br>Received employment verification letter from Debtor; reviewed and forwarded to Leopold and Associates | 0.18 at $ 90.00/hr | $ 16.20 |
| 06/10/2014 | CN | *04.1 Case Administration-Loss Mitigation*<br>Prepare and file adjournment letter. | 0.20 at $ 250.00/hr | $ 50.00 |

**Bronson Law Offices PC**
**480 Mamaroneck Ave.**
**Harrison, NY 10528**
**Phone: 877-385-7793**

Invoice submitted to:

Cristian Aldana
2 Alexander Place
Yonkers, NY 10704

| | |
|---|---|
| Invoice # | **20091** |
| Invoice Date | **06/18/2015** |
| For Services Through | **06/18/2015** |

| Date | Code | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 07/09/2014 | CO | *Loss Mitigation*<br>received correspondence from Lender counsel requesting another employment verification letter to include ytd pay and all updated financials because of the lapse in time | 0.15 at $ 90.00/hr | $ 13.50 |
| 07/11/2014 | CN | *04.1 Case Administration-Loss Mitigation*<br>Revise and file status letter | 0.20 at $ 250.00/hr | $ 50.00 |
| 07/11/2014 | CN | *Draft*<br>Revise and file status letter | $0.00 | No Charge |
| 07/11/2014 | CO | *Loss Mitigation*<br>Drafted Status letter for court in preparation to upcoming hearing explaining that due to Ocwen's delay all of the previously submitted documents have expired and they requested a whole new financial package | 0.60 at $ 90.00/hr | $ 54.00 |
| 07/16/2014 | CN | *Court Hearing*<br>Appear at confirmation and loss mit hearing | 1.00 at $ 250.00/hr | $ 250.00 |
| 07/16/2014 | CN | *04.1 Case Administration-Loss Mitigation*<br>Appear at loss mitigation status hearing; matter adjourned to 9/10/14 | 1.00 at $ 250.00/hr | $ 250.00 |
| 09/05/2014 | CO | *Loss Mitigation*<br>Reviewed status letter for Ocwen referencing previously requested additional documents | 0.20 at $ 90.00/hr | $ 18.00 |
| 09/09/2014 | CO | *Loss Mitigation*<br>Provided updated updated RMA, Profit and Loss Statement, and bank statements to lenders counsel | 0.80 at $ 90.00/hr | $ 72.00 |
| 09/16/2014 | HBB | *Review*<br>Reviewed Trial Modification | 0.75 at $ 350.00/hr | $ 262.50 |
| 09/16/2014 | CO | *Loss Mitigation*<br>received Trial modification for Leopold and Associates; reviewed with Attorney, forwarded to Debtor | 0.55 at $ 90.00/hr | $ 49.50 |
| 09/18/2014 | CN | *Phone Call*<br>Call with Cristian regarding modification | 0.40 at $ 250.00/hr | $ 100.00 |
| 09/18/2014 | CN | *Review*<br>Review bank statements and bank correspondence; email to client. | 0.40 at $ 250.00/hr | $ 100.00 |
| 01/12/2015 | CN | *Review*<br>Review client correspondence from bank | 0.10 at $ 250.00/hr | $ 25.00 |
| 02/11/2015 | CO | *Loss Mitigation*<br>email to attorneys requesting final modification documents | 0.15 at $ 90.00/hr | $ 13.50 |
| 02/11/2015 | CO | *Loss Mitigation*<br>email to attorneys requesting final modification documents | 0.15 at $ 90.00/hr | $ 13.50 |
| 02/11/2015 | CO | *Loss Mitigation*<br>email to attorneys requesting final modification documents | 0.15 at $ 90.00/hr | $ 13.50 |

Invoice submitted to:

Cristian Aldana
2 Alexander Place
Yonkers, NY 10704

| | |
|---|---|
| Invoice # | **20091** |
| Invoice Date | **06/18/2015** |
| For Services Through | **06/18/2015** |

| Date | Atty | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 03/18/2015 | CN | *Correspondence*<br>followup with client and CO regarding request information | 0.30 at $ 250.00/hr | $ 75.00 |
| 03/31/2015 | HBB | *Review*<br>Reviewed final modification; recommended that client take it. | 0.75 at $ 350.00/hr | $ 262.50 |
| 03/31/2015 | CO | *Loss Mitigation*<br>received final mod docs from leopold and associates, reviewed with attorney, forwarded to Debtor | 0.55 at $ 90.00/hr | $ 49.50 |
| 05/28/2015 | HBB | *Meeting*<br>Met with client; discussed final modification and confirmation | 0.40 at $ 350.00/hr | $ 140.00 |
| 05/28/2015 | CO | *Loss Mitigation*<br>Meeting with Debtor regarding re executing final mod docs; met with Debtor and notary to confirm that Documents were correctly executed | 0.50 at $ 90.00/hr | $ 45.00 |
| 05/29/2015 | HBB | *Review*<br>Reviewed 9019 | 0.60 at $ 350.00/hr | $ 210.00 |
| 05/29/2015 | CO | *Loss Mitigation*<br>email to attorneys for Ocwen with correctly executed final modification documents; mailed originals to Ocwen<br>Tracking number: 9405511899562126616189 | 0.50 at $ 90.00/hr | $ 45.00 |
| 05/29/2015 | CO | *Loss Mitigation*<br>Prepared 9019 motion to approve loan modification; Attorney to review | 0.75 at $ 90.00/hr | $ 67.50 |
| 06/08/2015 | CN | *Review*<br>Review 9019 application approving loan modification | 0.20 at $ 250.00/hr | $ 50.00 |
| 06/09/2015 | CN | *04.1 Case Administration-Loss Mitigation*<br>Finalize and file 9019 motion to approve loan modification | 0.30 at $ 250.00/hr | $ 75.00 |

In Reference To: **Loan Modification (Expenses)**

| Date | Atty | Description | Amount | Amount |
|---|---|---|---|---|
| 07/29/2013 | CO | *Mailing/Postage*<br>Service of Chapter 13 Plan and Loss Mitigation Application | $39.20 | $ 39.20 |
| 05/29/2015 | CO | *Mailing/Postage*<br>Priority Mailing to Ocwen | $5.05 | $ 5.05 |

*Total Hours:* 24.64 hrs
*Total Service:* $ 4,870.60
*Expenses:* $ 44.25
**Total Amount: $ 4,914.85**

In Reference To: **Pond Motion (Service)**

**Bronson Law Offices PC**
**480 Mamaroneck Ave.**
**Harrison, NY 10528**
**Phone: 877-385-7793**

Invoice submitted to:

Cristian Aldana
2 Alexander Place
Yonkers, NY 10704

| | |
|---|---|
| Invoice # | **20091** |
| Invoice Date | **06/18/2015** |
| For Services Through | 06/18/2015 |

| Date | | Description | | Hours/Rate | Amount |
|---|---|---|---|---|---|
| 10/11/2013 | CN | *Correspondence* <br> Email to chambers to request hearing date on motion to avoid lien | | 0.20 at $ 250.00/hr | $ 50.00 |
| 10/20/2013 | CN | *Correspondence* <br> Followup email to chambers to request hearing date on motion to avoid lien | | 0.20 at $ 250.00/hr | $ 50.00 |
| 10/24/2013 | CN | *Draft* <br> Review file, appraisal and scheduels and proofs of claim, draft motion to avoid mortgage lien. | | 2.50 at $ 250.00/hr | $ 625.00 |
| 10/25/2013 | CN | *Draft* <br> Prepare exhibits and prepare and submit motion for service. | | 0.30 at $ 250.00/hr | $ 75.00 |
| 11/20/2013 | HBB | *Hearing* <br> Appeared for Pond Motion | | 1.00 at $ 350.00/hr | $ 350.00 |
| 11/20/2013 | CN | *Other* <br> Submit order approving application to chambers | | 0.20 at $ 250.00/hr | $ 50.00 |
| 05/29/2015 | CN | *Other* <br> File motion to avoid lien with proof of service | | 0.30 at $ 250.00/hr | $ 75.00 |

In Reference To: **Pond Motion (Expenses)**

| | | | | | |
|---|---|---|---|---|---|
| 05/29/2015 | CN | *Mailing/Postage* <br> Service of motion to avoid mortgage lien | | $56.14 | $ 56.14 |

*Total Hours:* 4.70 hrs
*Total Service:* $ 1,275.00
*Expenses:* $ 56.14
**Total Amount: $ 1,331.14**

*Total Hours:* 29.34 hrs
*Total Service:* $ 6,145.60
*Total Expenses:* $ 100.39
**Total Invoice Amount: $ 6,245.99**
**Previous Balance: $ 0.00**
**Balance (Amount Due): $ 4,745.99**

**Payment History:**

| **Date** | **Type** | **Payment Description** | **Amount** |
|---|---|---|---|

**Bronson Law Offices PC**
**480 Mamaroneck Ave.**
**Harrison, NY 10528**
**Phone: 877-385-7793**

Invoice submitted to:

Cristian Aldana
2 Alexander Place
Yonkers, NY 10704

| | |
|---|---|
| Invoice # | **20091** |
| Invoice Date | **06/18/2015** |
| For Services Through | 06/18/2015 |

| | | | |
|---|---|---|---|
| 5/31/2015 | Balance Adjustment | Base fee credited to Loan Modification | ($1,500.00) |