UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------x

In re:                                                    Chapter 13
                                                                               Case No. 13-22945

    Cristian Aldana,

                           Debtor(s)

--------------------------------------------------------x

# ORDER GRANTING APPLICATION(S) FOR ALLOWANCE OF INTERIM/FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

       Upon consideration of Application(s) for Allowance of Interim/Final Compensation and Reimbursement of Expenses (the "Application(s)") for professional services rendered and expenses incurred during the period commencing February 22, 2013 through May 31, 2015; and a hearing having been held before this court to consider the Application(s) on July 29, 2015; and notice having been given pursuant to Federal Rules of Bankruptcy Procedure 2002 (a)(6) and (c)(2); and due consideration having been given to any responses thereto; and sufficient cause having been shown therefor, it is hereby;

       ORDERED that the Application(s) is /are granted to the extent set forth in the attached Schedules.[1]


Dated:  White Plains, New York
              _____, 2015

                                                                                          United States Bankruptcy Judge
                                                                                          Southern District of New York

---

[1] Schedule A (Current Interim Fee Period) and Schedule B (Final Fee Application Totals) shall be used by applicants seeking payment of professional fees and reimbursement of expenses in all cases other than cases filed under chapter 13. Schedule C shall be used by applicants seeking payment of professional fees and reimbursement of expenses in all cases filed under chapter 13.

Case No.:  
Case Name:

CURRENT INTERIM FEE PERIOD  
[Insert Date Range]

Schedule A

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Revised September 2011       DATE ON WHICH ORDER WAS SIGNED: _____       INITIALS: _____USBJ

Case No.:13-22945  FINAL FEE APPLICATION TOTALS  Schedule B
Case Name: Cristian Aldana
February 22, 2013 through May 31, 2015

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| Bronson Law Offices PC | $9,000 | $3,000 | $281 | $281 |

Revised September 2011     DATE ON WHICH ORDER WAS SIGNED: _____     INITIALS: _____USBJ

|  |  |  |  |
|---|---|---|---|
|  |  |  |  |

| Case No.: 13-22945 | | | Chapter 13 Fee Application | | | | | Schedule C |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: Cristian Aldana | | | February 22, 2013 through May 31, 2015 | | | | | |
| (1) Applicant | (2) Initial Fee Charged | (3) Amount of Initial Fee Paid | (4) Amount of Initial Fee Filed as Administrative Claim | (5) Amount of Initial Expenses Collected | (6) Additional Fees Requested | (7) Additional Expenses Requested | (8) Amount of Additional Fee Awarded | (9) Amount of Additional Expenses Awarded |
| H. Bruce Bronson | $3,000 | $3,000 | $3,000 | $306 | $3,000 (plus $3,000 base for a total of $6,000) | $0 | $3,000 | $0 |

Revised September 2011        DATE ON WHICH ORDER WAS SIGNED: _____        INITIALS: _____USBJ

Case No.: 13-22945

Chapter 13 Fee Application

Schedule C

Case No.: 13-22945

Chapter 13 Fee Application

Schedule C

Revised September 2011        DATE ON WHICH ORDER WAS SIGNED: _____        INITIALS: _____USBJ