UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                              Chapter 13

    Cristian Aldana,                            Case No. 13-22945-rdd

        Debtor
---------------------------------------------------------X

## ORDER APPROVING LOAN MODIFICATION AGREEMENT

Upon the motion, by notice of presentment dated dated June 9, 2015 (the "Motion"), for an order pursuant to Fed. R. Bankr P. 9019 and General Order M-413 approving the entry into and performance by Cristian Aldana (the "Debtor") of a Proposed Loan Modification Agreement, a copy of which is attached hereto as **Exhibit A** (the "Loan Modification"), modifying the loan referred to therein and related mortgage serviced by Ocwen Loan Servicing on the Debtor's residence; and there being due and sufficient notice of the Motion; and there being no opposition to the requested relief; and no additional notice of or a hearing on the Motion being required under the circumstances; and it appearing that the Loan Modification is fair and reasonable and in the best interests of the Debtor and the estate, it is hereby

ORDERED, that the Motion is granted, the Loan Modification is approved and the parties thereto are authorized to perform it according to its terms, subject to any bankruptcy discharge of the Debtor's personal liability thereunder; and it is further

ORDERED, that any timely proof of claim in the Debtor's case based on the loan and/or mortgage covered by the Loan Modification is deemed modified and governed by the Loan Modification.

Dated: White Plains, New York
       July 9, 2015                              _/s/ Robert D. Drain_____
                                                          HON. ROBERT D. DRAIN
                                                          UNITED STATES BANKRUPTCY JUDGE